IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC R. FRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-491-CFC-EGT |
| | ) |
| JUDGE MEGAN ADAMS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 8th day of April in 2025, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on March 17, 2025, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. Magistrate Tennyson's Report and Recommendation (D.I. 14) is ADOPTED.

2. The Complaint (D.I. 3) is DISMISSED WITH PREJUDICE.

3. The Clerk of Court is directed to CLOSE the case.

_____
Chief Judge